In the Matter of JONATHAN M., an Infant. JANINE M., Appellant; THE CHILDREN'S VILLAGE, Respondent, et al., Respondent.

Submitted August 1, 2005; decided August 25, 2005

Motion for leave to appeal denied. Motion for poor person relief dismissed as academic. Motion for a stay dismissed as academic.

EDWARD C. KING, Appellant, v LAWRENCE A. FOX, Respondent.

Decided August 25, 2005

Certification of questions by the United States Court of Appeals for the Second Circuit, pursuant to section 500.17 of the Rules of the Court of Appeals (22 NYCRR 500.17), accepted and the issues presented are to be considered after briefing and argument.

Concur: Chief Judge KAYE and Judges G.B. SMITH, CIPARICK, ROSENBLATT, GRAFFEO, READ and R.S. SMITH.

In the Matter of MOHAMMAD NAROOR et al., Respondents, v RIZWAN GONDAL et al., Appellants, and CHARLES SCHWAB & CO., INC., Respondent. (And Another Proceeding.)

Submitted August 1, 2005; decided August 25, 2005

Motion for reconsideration of this Court's June 30, 2005 dismissal order denied [see 5 NY3d 757]. Motion for poor person relief dismissed as academic.